DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIAN MAX KEILHOFER,**
Appellant,

v.

**HERD ENTERPRISES, INC.,** and **JOSEPH VICTOR ARDENTE,**
Appellees.

No. 4D2024-2639

[April 2, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; John S. Kastrenakes, Senior Judge; L.T. Case No. 562022CA000808AXXXHC.

David Lanier Luck of Morgan & Morgan, P.A., Miami, and Jennifer L. Rosinski of Morgan & Morgan, P.A., Plantation, for appellant.

Warren Kwavnick of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***